IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 04-30042 |
| | ) | |
| BRONELL S. PERKINS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

This Court now considers the Amended Motion to Reduce Sentence, to which the United States Probation Office and the United States Attorney's Office have no objection. See d/e 56. For the reasons stated therein, the Amended Motion to Reduce Sentence (d/e 56) is GRANTED. An Amended Judgment will be entered with a sentence of 181 months imprisonment. The Motion For Retroactive Application of Sentencing Guidelines filed October 7, 2011 (d/e 55) is DENIED AS MOOT.

IT IS SO ORDERED.

ENTERED: November 2, 2011

FOR THE COURT:

                                          s/ Sue E. Myerscough
                                      SUE E. MYERSCOUGH
                                UNITED STATES DISTRICT JUDGE